**COMPLAINT**
U.S. DISTRICT COURT
MIDDLE DIST. OF PENNSYLVANIA

Michael Stevens, prose
Reg# 06284-055
    Plantiff,

v.

Warden
USP Lewisburg PA
    Defendant.

This case arises under the Federal Tort Claims Act and other federal law.

In early April 1998, USP Lewisburg's prison officials placed Petitioner in the Special Housing Unit (SHU) for demanding medical care. During the month of June 1998, Petitioner was in a SHU cell with almost no ventilation. The temperature in Petitioners cell for over 3 weeks exceeded 100°F. On two seperate nights, Petitioner woke in a state of panic. When Petitioner called for medical attention, on each of two occasions, a Black P.A. wearing a Dashiki (a loose fitting tunic), looked at Petitioner through his cell door and told Petitioner he was OK, even though Petitioner told the P.A. he had a heart attack on both occasions. The P.A. never offered a electrocardiogram or even examined Petitioner.

In July of 1998, B.O.P. officials transferred Petitioner to the Federal Transfer Center (FTC) in Oklahoma City OK. There, Petitioner suffered severe chest pains caused by injury to his heart from heart attacks he suffered while in the SHU at Lewisburg USP. Medical personnel at FTC Oklahoma City performed an electrocardiogram and confirmed Petitioners heart attacks and prescribed nitro pills for relief of the pain in Petitioners heart.

The officials at USP Lewisburg were negligent in their placement in a cell with virtually no ventilation, with a window which would not open properly. Because they did this, Petitioner suffered permanent damage to his heart.

Where, Petitioner Michael Stevens, prose, demands Trial by Jury and Compensatory damages in the amount of Two Million dollars ($2,000,000.00) and the fees and all other relief that this Honorable Court deems just and proper.

I, Michael Stevens, Petitioner in the above action, swear under the pains and penalties of perjury that all the above statements are true and correct.

Date: 7/7/2000

Respectfully submitted,
Michael Stevens
Michael Stevens, prose
Reg # 06284-055
CCA
100 Highway Terrace
Leavenworth KS 66048

cc: US Dept. of Justice
    BOP - Washington, DC
    USP Lewisburg
    FILE

UNITED STATES DISTRICT COURT
MIDDLE DIST. OF PENNSYLVANIA

Michael Stevens, prose
Reg # 06284-055
        Plantiff,
v.
Warden
USP Lewisburg PA
        Defendant.

MOTION TO WAIVE FILING FEE AND
PROCEED FORMA PAUPERIS

I, Michael Stevens am presently incarcerated and unable to pay the filing fee for the above action.

Respectfully submitted,

Michael Stevens

Date: July 7, 2000

Michael Stevens, prose
Reg # 06284-055
CCA
100 Highway Terrace
Leavenworth KS 66048

1:CV-00-1316

Certificate of Service

I Michael Stevens, Plaintiff in the enclosed action sent a copy of the action and attached motion via first class pre-paid U.S. Mail to the address below on 7/10/2000.

Warden
USP Lewisburg
Rd #5
P.O. Box 1000
Lewisburg, PA 17837

Michael Stevens, Pro Se

