FILED
HARRISBURG, PA
JUL 25 2000
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

# AUTHORIZATION
(Prisoner's Account Only)

RECEIVED
SCRANTON
JUL 24 2000

Case No. _____
PER _____
DEPUTY CLERK

7/27/00

**NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

## 1: CV 00-1316

I, Michael Stevens, Reg. #06284-055, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7/17/ , 2000

Michael Stevens
Signature of Prisoner