**ORIGINAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Michael Stevens, pro se
Reg. No. 06284-055
      Plaintiff,

vs,    Re: 1:00-cv-01316

Warden
USP Lewisburg
      Defendant.

FILED
SEP 22 2000
PER _____
HARRISBURG, PA.    DEPUTY CLERK

**MOTION TO LOWER MONTHLY PAYMENTS FOR FILING FEE**

    Now comes, Michael Stevens, pro se, Plaintiff in the above captioned Civil Action, requesting this Honorable Court to lower Plaintiff's monthly forma pauperis payment for the following reasons:

  1. Plaintiff was doing light work as a pod orderly. Plaintiff's income was approximately $30.00 per month. Plaintiff was recently ordered to stop work by the medical department, because of his injuries. Due to the seriousness of Plaintiff's injuries he will no longer be able to secure any type of employment.

  2. Plaintiff is also responsible and will soon be paying two forma pauperis payments to the U.S. District Court, District of Kansas.

  Plaintiff is designated at CCA, 100 Highway Terrace, Leavenworth, KS. The portions of food supplied to the inmates at CCA are meager. If Plaintiff does not have a few funds for extra commissary items to supplement the very meager amount of food supplied by CCA, he would be hungry all of the time. This is not taking into account the endless postage, copies and other supplies Plaintiff has to

purchase for his legal obligations or hygeine items Plaintiff needs.

Wherefore, Plaintiff prays this Honorable Court will in the interest of justice lower Plaintiff's monthly forma pauperis payment and supply any other relief this Honorable Court deems just and proper.

Respectfully submitted,

*Michael Stevens*

9/11/2000

Michael Stevens, pro se
Reg. No. 06284-055
100 Highway Terrace
Leavenworth, KS 66048

## CERTIFICATE OF SERVICE

I Michael Stevens, pro se, Plaintiff in civil action 1:00-cv-01316 placed a copy of the enclosed motion via pre-paid U.S. Mail to the addresses below:

Judge William W. Caldwell
U.S. District Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108

Warden, USP Lewisburg
Rd #5
P.O. Box 1000
Lewisburg, PA
17837

Date: 9/11/2000

Michael Stevens
Michael Stevens, pro se

ACCTSTMT　　　　　　　　　　**LEAVENWORTH DETENTION CENTER**　　　　　　　　　　08/25/2000
*Inmate Account Statement #53*
*For Account 1 - From: 01/01/2000 To: 08/25/2000*

*Stevens, Michael T*

Facility ID: 06284055　　　　　　　　　　　　　　　　　　　　　　　　Location: L103B

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| D | 01/03/2000 | WORK ROSTER | 270616 | 43.15 | 3.00 | 46.15 |
| D | 01/03/2000 | WORK ROSTER | 270634 | 46.15 | 4.00 | 50.15 |
| P | 01/04/2000 | | 270656 | 50.15 | 29.35 | 20.80 |
| P | 01/06/2000 | | 270965 | 20.80 | 13.55 | 7.25 |
| D | 01/10/2000 | WORK ROSTER | 271303 | 7.25 | 2.00 | 9.25 |
| D | 01/10/2000 | WORK ROSTER | 271314 | 9.25 | 3.00 | 12.25 |
| D | 01/10/2000 | WORK ROSTER | 271322 | 12.25 | 2.00 | 14.25 |
| P | 01/11/2000 | | 271414 | 14.25 | 14.25 | 0.00 |
| D | 01/14/2000 | WORK ROSTER | 271919 | 0.00 | 4.00 | 4.00 |
| P | 01/18/2000 | | 272149 | 4.00 | 4.00 | 0.00 |
| D | 01/18/2000 | A-MAIL ROOM | 272216 | 0.00 | 50.00 | 50.00 |
| P | 01/20/2000 | | 272371 | 50.00 | 18.01 | 31.99 |
| D | 01/21/2000 | WORK ROSTER | 272584 | 31.99 | 1.00 | 32.99 |
| D | 01/21/2000 | WORK ROSTER | 272596 | 32.99 | 3.00 | 35.99 |
| D | 01/21/2000 | WORK ROSTER | 272635 | 35.99 | 3.00 | 38.99 |
| D | 01/21/2000 | WORK ROSTER | 272657 | 38.99 | 1.00 | 39.99 |
| D | 01/24/2000 | WORK ROSTER | 272774 | 39.99 | 3.00 | 42.99 |
| P | 01/25/2000 | | 272891 | 42.99 | 20.70 | 22.29 |
| P | 01/27/2000 | | 273084 | 22.29 | 9.85 | 12.44 |
| D | 01/31/2000 | WORK ROSTER | 273508 | 12.44 | 3.00 | 15.44 |
| P | 02/01/2000 | | 273611 | 15.44 | 15.20 | 0.24 |
| D | 02/04/2000 | A-MAIL ROOM | 274160 | 0.24 | 50.00 | 50.24 |
| D | 02/07/2000 | WORK ROSTER | 274289 | 50.24 | 3.00 | 53.24 |
| P | 02/08/2000 | | 274389 | 53.24 | 24.79 | 28.45 |
| P | 02/10/2000 | | 274701 | 28.45 | 9.45 | 19.00 |
| D | 02/11/2000 | WORK ROSTER | 274872 | 19.00 | 4.00 | 23.00 |
| D | 02/14/2000 | WORK ROSTER | 275072 | 23.00 | 3.00 | 26.00 |
| P | 02/17/2000 | | 275460 | 26.00 | 21.82 | 4.18 |
| D | 02/18/2000 | WORK ROSTER | 275681 | 4.18 | 4.00 | 8.18 |
| P | 02/22/2000 | | 275856 | 8.18 | 8.05 | 0.13 |
| D | 02/22/2000 | WORK ROSTER | 275869 | 0.13 | 4.00 | 4.13 |
| P | 02/28/2000 | | 276482 | 4.13 | 4.10 | 0.03 |
| D | 02/28/2000 | WORK ROSTER | 276573 | 0.03 | 3.00 | 3.03 |
| D | 02/28/2000 | A-MAIL ROOM | 276615 | 3.03 | 50.00 | 53.03 |
| D | 02/29/2000 | WORK ROSTER | 276640 | 53.03 | 3.00 | 56.03 |
| P | 03/02/2000 | | 276881 | 56.03 | 32.30 | 23.73 |
| D | 03/03/2000 | WORK ROSTER | 277156 | 23.73 | 4.00 | 27.73 |
| D | 03/06/2000 | WORK ROSTER | 277249 | 27.73 | 3.00 | 30.73 |
| P | 03/07/2000 | | 277356 | 30.73 | 15.68 | 15.05 |
| P | 03/09/2000 | | 277643 | 15.05 | 5.25 | 9.80 |
| D | 03/10/2000 | WORK ROSTER | 277868 | 9.80 | 4.00 | 13.80 |
| P | 03/14/2000 | | 278077 | 13.80 | 9.85 | 3.95 |
| D | 03/15/2000 | WORK ROSTER | 278220 | 3.95 | 3.00 | 6.95 |
| P | 03/16/2000 | | 278422 | 6.95 | 3.66 | 3.29 |
| D | 03/17/2000 | WORK ROSTER | 278631 | 3.29 | 4.00 | 7.29 |

ACCTSTMT
## LEAVENWORTH DETENTION CENTER
### Inmate Account Statement #53
### For Account 1 - From: 01/01/2000 To: 08/25/2000

08/25/2000

*Stevens, Michael T*

Facility ID: 06284055                                                                Location: L103B

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| D | 03/20/2000 | A-MAIL ROOM | 278811 | 7.29 | 50.00 | 57.29 |
| D | 03/20/2000 | WORK ROSTER | 278818 | 57.29 | 3.00 | 60.29 |
| P | 03/21/2000 |  | 278914 | 60.29 | 24.90 | 35.39 |
| P | 03/23/2000 |  | 279194 | 35.39 | 9.65 | 25.74 |
| M | 03/24/2000 |  | 279479 | 25.74 | 1.60 | 24.14 |
| M | 03/24/2000 |  | 279484 | 24.14 | 2.00 | 22.14 |
| P | 03/27/2000 |  | 279583 | 22.14 | 16.17 | 5.97 |
| D | 03/27/2000 | WORK ROSTER | 279681 | 5.97 | 4.00 | 9.97 |
| P | 03/29/2000 |  | 279983 | 9.97 | 5.90 | 4.07 |
| D | 03/31/2000 | A-MAIL ROOM | 280114 | 4.07 | 4.00 | 8.07 |
| D | 04/03/2000 | WORK ROSTER | 280258 | 8.07 | 2.00 | 10.07 |
| P | 04/05/2000 |  | 280582 | 10.07 | 10.06 | 0.01 |
| D | 04/10/2000 | A-MAIL ROOM | 281016 | 0.01 | 50.00 | 50.01 |
| P | 04/11/2000 |  | 281050 | 50.01 | 23.16 | 26.85 |
| D | 04/12/2000 | WORK ROSTER | 281209 | 26.85 | 7.00 | 33.85 |
| P | 04/13/2000 |  | 281407 | 33.85 | 19.38 | 14.47 |
| D | 04/17/2000 | WORK ROSTER | 281689 | 14.47 | 8.00 | 22.47 |
| P | 04/18/2000 |  | 281833 | 22.47 | 20.02 | 2.45 |
| P | 04/20/2000 |  | 282148 | 2.45 | 2.35 | 0.10 |
| D | 04/24/2000 | WORK ROSTER | 282511 | 0.10 | 7.00 | 7.10 |
| A | 04/25/2000 |  | 282653 | 7.10 | -9.95 | 17.05 |
| D | 04/27/2000 | A-MAIL ROOM | 282941 | 17.05 | 50.00 | 67.05 |
| D | 05/01/2000 | WORK ROSTER | 282962 | 67.05 | 7.00 | 74.05 |
| P | 05/02/2000 |  | 283209 | 74.05 | 49.99 | 24.06 |
| P | 05/04/2000 |  | 283529 | 24.06 | 0.70 | 23.36 |
| D | 05/08/2000 | WORK ROSTER | 283734 | 23.36 | 7.00 | 30.36 |
| P | 05/09/2000 |  | 283903 | 30.36 | 7.60 | 22.76 |
| P | 05/11/2000 |  | 284272 | 22.76 | 0.85 | 21.91 |
| D | 05/15/2000 | WORK ROSTER | 284438 | 21.91 | 7.00 | 28.91 |
| D | 05/15/2000 | INTAKE | 284557 | 28.91 | 75.00 | 103.91 |
| P | 05/16/2000 |  | 284578 | 103.91 | 28.75 | 75.16 |
| P | 05/18/2000 |  | 284918 | 75.16 | 7.05 | 68.11 |
| D | 05/22/2000 | WORK ROSTER | 285181 | 68.11 | 7.00 | 75.11 |
| P | 05/23/2000 |  | 285326 | 75.11 | 23.64 | 51.47 |
| R | 05/23/2000 |  | 285327 | 51.47 | -4.80 | 56.27 |
| P | 05/25/2000 |  | 285530 | 56.27 | 11.33 | 44.94 |
| D | 05/30/2000 | WORK ROSTER | 285829 | 44.94 | 7.00 | 51.94 |
| P | 06/01/2000 |  | 286051 | 51.94 | 23.85 | 28.09 |
| D | 06/05/2000 | WORK ROSTER | 286327 | 28.09 | 7.00 | 35.09 |
| P | 06/06/2000 |  | 286502 | 35.09 | 22.28 | 12.81 |
| P | 06/08/2000 |  | 286749 | 12.81 | 7.25 | 5.56 |
| D | 06/12/2000 | WORK ROSTER | 286973 | 5.56 | 7.00 | 12.56 |
| P | 06/13/2000 |  | 287156 | 12.56 | 11.34 | 1.22 |
| D | 06/14/2000 | A-MAIL ROOM | 287306 | 1.22 | 50.00 | 51.22 |
| P | 06/15/2000 |  | 287414 | 51.22 | 5.70 | 45.52 |

Page 2

ACCTSTMT            *LEAVENWORTH DETENTION CENTER*           08/25/2000
*Inmate Account Statement #53*
*For Account 1 -  From: 01/01/2000  To: 08/25/2000*

*Stevens, Michael T*

Facility ID: 06284055           Location: L103B

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| D | 06/19/2000 | WORK ROSTER | 287701 | 45.52 | 7.00 | 52.52 |
| P | 06/20/2000 |  | 287857 | 52.52 | 28.94 | 23.58 |
| P | 06/22/2000 |  | 288078 | 23.58 | 8.95 | 14.63 |
| P | 06/26/2000 |  | 288324 | 14.63 | 14.50 | 0.13 |
| D | 06/26/2000 | WORK ROSTER | 288355 | 0.13 | 7.00 | 7.13 |
| P | 06/28/2000 |  | 288702 | 7.13 | 6.35 | 0.78 |
| M | 06/30/2000 |  | 288940 | 0.78 | 0.50 | 0.28 |
| D | 07/03/2000 | WORK ROSTER | 289028 | 0.28 | 7.00 | 7.28 |
| P | 07/06/2000 |  | 289201 | 7.28 | 7.25 | 0.03 |
| D | 07/10/2000 | WORK ROSTER | 289541 | 0.03 | 2.00 | 2.03 |
| D | 07/11/2000 | A-MAIL ROOM | 289689 | 2.03 | 50.00 | 52.03 |
| P | 07/11/2000 |  | 289702 | 52.03 | 17.98 | 34.05 |
| M | 07/11/2000 |  | 289749 | 34.05 | 8.40 | 25.65 |
| P | 07/13/2000 |  | 290020 | 25.65 | 9.83 | 15.82 |
| P | 07/18/2000 |  | 290313 | 15.82 | 15.80 | 0.02 |
| D | 07/19/2000 | WORK ROSTER | 290557 | 0.02 | 2.00 | 2.02 |
| P | 07/28/2000 |  | 291310 | 2.02 | 1.90 | 0.12 |
| D | 07/28/2000 | A-MAIL ROOM | 291369 | 0.12 | 50.00 | 50.12 |
| P | 08/04/2000 |  | 292092 | 50.12 | 37.84 | 12.28 |
| M | 08/04/2000 |  | 292124 | 12.28 | -5.00 | 17.28 |
| P | 08/11/2000 |  | 292712 | 17.28 | 16.93 | 0.35 |
| D | 08/11/2000 | A-MAIL ROOM | 292793 | 0.35 | 50.00 | 50.35 |
| P | 08/18/2000 |  | 293438 | 50.35 | 29.97 | 20.38 |
| P | 08/25/2000 |  | 294142 | 20.38 | 16.35 | 4.03 |

Beginning Balance For Date Range :      43.15
Total Net Transactions For Date Range :      -39.12
Calculated Ending Balance For Date Range :      4.03

Total Records Printed :      114

