

ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Michael Stevens, pro se
Reg. No. 06284-055
    Plaintiff,

vs,

Warden
USP Lewisburg
    Defendant.

FILED
HARRISBURG
OCT 1 9 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re: 1:00-cv-01316

---

## MOTION TO LOWER MONTHLY PAYMENTS FOR FILING FEE

    Now comes, Michael Stevens, pro se, Plaintiff in the above captioned Civil Action, requesting this Honorable Court to lower Plaintiff's monthly forma pauperis payment for the following reasons:

  1. Plaintiff was doing light work as a pod orderly. Plaintiff's income was approximately $30.00 per month. Plaintiff was recently ordered to stop work by the medical department, because of his injuries. Due to the seriousness of Plaintiff's injuries he will no longer be able to secure any type of employment.

  2. Plaintiff is also responsible and will soon be paying two forma pauperis payments to the U.S. District Court, District of Kansas.

  Plaintiff is designated at CCA, 100 Highway Terrace, Leavenworth, KS. The portions of food supplied to the inmates at CCA are meager. If Plaintiff does not have a few funds for extra commissary items to supplement the very meager amount of food supplied by CCA, he would be hungry all of the time. This is not taking into account the endless postage, copies and other supplies Plaintiff has to

purchase for his legal obligations or hygeine items Plaintiff needs.

Wherefore, Plaintiff prays this Honorable Court will in the interest of justice lower Plaintiff's monthly forma pauperis payment and supply any other relief this Honorable Court deems just and proper.

Respectfully submitted,

*Michael Stevens*

9/11/2000

Michael Stevens, pro se
Reg. No. 06284-055
100 Highway Terrace
Leavenworth, KS 66048

2

10/17/2000

Judge William W. Caldwell
U.S. District Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Re: Civil Action 100-CV-01316

On 9/11/2000 Plaintiff Michael Stevens, pro se filed the enclosed motion with this Honorable Court to lower Plaintiff's forma pauperis payment. Plaintiff was never sent a xopy of this Honorable Court's answer to his filed motion. Perhaps it was lost in the mail. Plaintiff requests this Honorable Court to send a copy if its answer to Plaintiff's aforementioned motion.

Plaintiff thanks this honorable Court for its anticipated assistance regarding this important matter.

Respectfully,

*Michael Stevens*

Michael Stevens, pro se
Reg. No. 06284-055
100 Highway Terrace
Leavenworth, KS 66048

cc: Clerk of Court
U.S. Attorney's Office
File