Michael Stevens
06284-055
CCA-USM Detention Center
100 Highway Terrace
Leavenworth, KS  66048


Re: 1:00-cv-01316

---

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

DEC 13 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MICHAEL STEVENS,

    Plaintiff

v.                     CIVIL NO. 1:CV-00-1316

WARDEN, USP-LEWISBURG, PA,    (Judge Caldwell)

    Defendant

## ORDER

On November 9, 2000, this court issued an order directing the plaintiff to file an amended complaint within 20 days of the date of the order. The court's order was inadvertently mailed to the wrong address and returned to the court on November 20, 2000.

THEREFORE, IT IS ORDERED THAT:

1. The Clerk of Court is directed to remail the November 9, 2000 order (Doc. No. 9) to plaintiff at his correct address, as follows:
   Michael Stevens
   #06284-055
   CCA
   100 Highway Terrace
   Leavenworth, KS  66048

2. Plaintiff shall respond to the court's order within 20 days of the date of this order or his action will be dismissed.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

DATED: December 13, 2000