*See Attachment*

(13
1/25/0
Asm

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL STEVENS,
    Plaintiff

v.                             CIVIL NO. 1:CV-00-1316
                                  (Judge Caldwell)

WARDEN, USP LEWISBURG,
    Defendant

FILED
HARRISBURG, PA

O R D E R

JAN 2 4 2001

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

    The pro se prisoner-plaintiff commenced this action by filing a complaint on July 25, 2000. On July 27, 2000, this court's standing practice order was issued, informing the Plaintiff of his duties in this lawsuit, including an affirmative obligation to keep the court informed of his address. The practice order also informed the Plaintiff that "if the court [was] unable to communicate with the plaintiff because the plaintiff [had] failed to notify the court of his or her address, the plaintiff will be deemed to have abandoned the lawsuit." (Brackets added).

    By order, dated November 9, 2000, the court directed plaintiff to file an amended complaint within twenty days or suffer dismissal of the action. The order was returned marked as undeliverable because the Plaintiff was no longer at that address. An inquiry by

Certified from the record
Date 1-24-01
Mary E. D'Andrea, Clerk
Per _George J. Gardner_
Deputy Clerk

the Clerk's Office as to the Plaintiff's current address led to a remailing of the order on December 13, 2000. That mailing was returned marked "return to sender."

In light of the Plaintiff's failure to comply with the practice order's requirement of informing the court of his current address and his failure to comply with the deadlines imposed in the orders of November 9 and December 13, his case will be dismissed pursuant to Fed. R. Civ. P. 41(b).

Accordingly, this 24th day of January, 2001, it is ordered that:

    1. This action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

    2. The Clerk of Court shall close this file.

    3. Any appeal from this order will be deemed not taken in good faith.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 24, 2001

Re: 1:00-cv-01316    Stevens v. Warden, USP, Lewisbu

True and correct copies of the attached were mailed by the clerk to the following:

Michael Stevens
06284-055
CCA-USM Detention Center
100 Highway Terrace
Leavenworth, KS  66048

```
cc:
Judge                              ( ✓ )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( ✓ )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen    ( )    PA Atty Gen ( )
                                            DA of County   ( )    Respondents ( )
Bankruptcy Court                   ( )
Other     PZSLC                    ( ✓ )
          Belisario
```

MARY E. D'ANDREA, Clerk

DATE: 1-24-01                                BY: _____
                                                 Deputy Clerk