**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

(14)
2-6-01

Rew


RETURNED TO WRITER

**FILED**
**HARRISBURG**

FEB 5   2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

HARRISBURG PA
01-24-01

U.S. OFFICIAL MAIL
U.S. POSTAGE
PENALTY FOR PRIVATE USE $300
$0.340
N METER 590023

Michael Stevens
06284-055
CCA-USM Detention Center
100 Highway Terrace
Leavenworth, KS  66048


Re: 1:00-cv-01316

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL STEVENS,
    Plaintiff

v.                                      CIVIL NO. 1:CV-00-1316
                                     (Judge Caldwell)

WARDEN, USP LEWISBURG,
    Defendant

FILED
HARRISBURG, PA

JAN 2 4 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    The pro se prisoner-plaintiff commenced this action by filing a complaint on July 25, 2000. On July 27, 2000, this court's standing practice order was issued, informing the Plaintiff of his duties in this lawsuit, including an affirmative obligation to keep the court informed of his address. The practice order also informed the Plaintiff that "if the court [was] unable to communicate with the plaintiff because the plaintiff [had] failed to notify the court of his or her address, the plaintiff will be deemed to have abandoned the lawsuit." (Brackets added).

    By order, dated November 9, 2000, the court directed plaintiff to file an amended complaint within twenty days or suffer dismissal of the action. The order was returned marked as undeliverable because the Plaintiff was no longer at that address. An inquiry by

the Clerk's Office as to the Plaintiff's current address led to a remailing of the order on December 13, 2000. That mailing was returned marked "return to sender."

In light of the Plaintiff's failure to comply with the practice order's requirement of informing the court of his current address and his failure to comply with the deadlines imposed in the orders of November 9 and December 13, his case will be dismissed pursuant to Fed. R. Civ. P. 41(b).

Accordingly, this 24th day of January, 2001, it is ordered that:

> 1. This action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.
>
> 2. The Clerk of Court shall close this file.
>
> 3. Any appeal from this order will be deemed not taken in good faith.

*/s/ William W. Caldwell*
William W. Caldwell
United States District Judge

2