U.S. District Court
Middle District of Pennsylvania


00-1316

Michael Stevens, pro se
Reg. No. 06284-055
    Plaintiff

        v.        Civil No. ?

Warden Page True (Don Romine)
U.S.P. Lewisburg, PA
    Defendant.

## Motion To Grant Motion In Forma Pauperis As Uncontested

Since the government has not responded to Plaintiff's motion requesting In Forma Pauperis and the time for response has past, Plaintiff rests this Honorable Court has uncontested the aforementioned Motion.

        Respectfully Submitted,

        Michael Stevens

Date: 3/7/2001

Michael Stevens, pro se
Reg. No. 06284-055
U.S.P. Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

cc: Attorney
    File

RECEIVED
SCRANTON

MAR 12 2001

PER _____ DEPUTY CLERK