

**U.S. Department of Justice**

Federal Bureau of Prisons

*U.S. Penitentiary*

FILED
SCRANTON

SEP 2 4 2001

PER
DEPUTY CLERK

3901 Klein Blvd.
Lompoc, CA 93436

September 18, 2001

Mary E. D'Andrea
Clerk of the Court
U.S. District Court
P.O. Box 1148
Scranton, Pennsylvania 18501-1148

    Re: Michael Stevens, Register Number 06284-055
       Case No. CV 1:00-cv-01316

Dear Mary E. D'Andrea:

This is in response to an order that was mailed to the Warden at
the United States Penitentiary in Lompoc, California requiring
deductions from the inmate account of Michael Stevens, register
number 06284-055, the plaintiff in the above-styled action.

Inmate Stevens was contacted in order to have the appropriate
forms signed so that the funds could be withdrawn and sent to the
clerk as ordered. However, inmate Stevens refused to sign the
forms indicating he filed a motion with the court to withdrawal
this civil suit. Bureau of Prisons' regulations prohibit the
withdrawal of funds from an inmate's account without their
consent. Thus, unless inmate Stevens signs the requisite forms,
e.g. grants the Bureau of Prisons permission to withdraw the
ordered funds, we are unable to effectuate your order. However,
Bureau of Prisons' regulations do allow for the discretionary
decision to impound such funds if requested by the court.

If you have any further questions or concerns regarding this or
any other matter, please do not hesitate to contact me at (805)
737-3151.

Sincerely,

Nellie Torres Klein
Supervisory Attorney

c:  Central File