00-1316

19

CRR

```
Mon Jul  8 14:21:17 2002

     UNITED STATES DISTRICT COURT

       SCRANTON    , PA

Receipt No.   333 88684
Cashier       tanya

Tender Type  CHECK

Check Number: 2221 11295867

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3      5100PL

Amount              $    15.80

MICHAEL STEVENS CØ US DEPT ØF JUSTIC
E

PARTIAL FILING FEE MICHAEL STEVENS 0
0-CV-1316
```