Pay any Federal Reserve Bank, or
General Depository for credit to
United States Treasury, Symbol 4667

Tue Oct 15 14:26:50 2002

UNITED STATES DISTRICT COURT

SCRANTON, PA

Receipt No.  333 89834
Cashier      gina

Tender Type  CHECK

Check Number: 63117741

Transaction Type  AR

| DO Code | Div No | Acct |
|---|---|---|
| 4667 | 3 | 5100PL |

Amount       $     9.05

DOJ WASH, DC  20530

PART FF  00-1316  STEVENS

1:00CV1316  (20)
Termed - CFR.  KM
               10/16/02

00-1316.

FILED
SCRANTON

OCT 16 2002

Per _____
        DEPUTY CLERK

---

| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: CLERK OF COURT, US DIST | VENDOR I.D. NUMBER: 106284055 | | |
| AGENCY NAME & BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS | | |
| | CHECK NUMBER 2221-63117741 | CHECK AMOUNT $******9.05 | CHECK DATE 10-11-02 |
| 36174004COURT CASE #00-CV-1316 STEVENS 06284055 | AGENCY SCHEDULE NUMBER 0003S01010 | | |
| FOR INFO CALL 202-307-3052 | AGENCY TELEPHONE NUMBER 202-307-3052 | | |

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED