Michael Stevens
06284-055
CCA-USM Detention Center
100 Highway Terrace
Leavenworth, KS  66048

Re: 1:00-cv-01316

Please file all pleadings direc[tly to]
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blewi[tt]
Magistrate Judge Malachy E. Mann[ion]

Judge Yvette Kane
Judge Sylvia H. Rambo
Judge William W
Magistrate Judg

Judge Malcolm M
Judge James F.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

Return To Sender
— DEPARTED FACILITY
— UNKNOWN
— NEED NAME/NUMBER
— UNAUTHORIZED/UNAPPROVED
— REFUSED BY ADDRESSEE

FILED
SCRANTON
OCT 28 2002
PER _____
DEPUTY CLERK