```
Mon Dec 23 13:20:00 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.  333 90596
Cashier          gina

Tender Type  CHECK

Check Number: 63736227

Transaction Type   AR

DO Code    Div No    Acct
4667         3       5100PL

Amount         $    17.40

DEPT OF JUSTICE, WASH., DC 20530

PART FF/00-1316/STEVENS


Mon Dec 23 13:20:00 2002
cn
Check No. 63736227
Amount:   17.40
Pay any Federal Reserve ...
Bank ...
United ...
```

(22)
(IW)
1-2-03

00-1316

1:00CV1316

TERMED

| | | |
|---|---|---|
| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
| VENDOR NAME: CLERK OF COURT US DISTRICT | VENDOR I.D. NUMBER: 106284055 | |
| AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS | |
| | CHECK NUMBER: 2221-63736227 | CHECK AMOUNT: $*****17.40 | CHECK DATE: 12-17-02 |
| PAYMENT IDENTIFICATION DATA: 36174563COURT FEES-CASE# 00-CV-1316 STEVENS,MICHAEL 06284055 FOR INFO CALL 202-307-3052 | AGENCY SCHEDULE NUMBER: 0003S01216 AGENCY TELEPHONE NUMBER: 202-307-3052 | |

1316| PL
5100PL
17.40

## NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.