Michael Stevens
06284-055
CCA-USM Detention Center
100 Highway Terrace
Leavenworth, KS   66048

Re: 1:00-cv-01316

- - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - -

**Please file all pleadings directl**
**the assigned Judge is located.   D**
**with the Judge's Chambers.**

**JUDICIAL OFFICERS:**

**Chief Judge Thomas I. Vanaskie**
**Judge A. Richard Caputo**
**Judge James M. Munley**
**Judge William J. Nealon**
**Judge Richard P. Conaboy**
**Judge Edwin M. Kosik**
**Magistrate Judge Thomas M. Blewitt**
**Magistrate Judge Malachy E. Mannion**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

Return To Sender

DEPARTED FACILITY
UNKNOWN
USED NAME/NUMBER
UNAUTHORIZED/UNAPPROVED
REFUSED BY ADDRESSEE

FILED
SCRANTON

JAN 1 5 2003

PER _____
DEPUTY CLERK