```
Thu Jan 30 11:05:59 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 90972
Cashier       gina

Tender Type   CHECK

Check Number: 12546641

Transaction Type   AR

DB Code   Div No   Acct
4667      3        5100PL

Amount            $    1.05

DOJ, WASH, DC

PART FF/00-1316/STEVEN
```

24
W
1/31/03

1:00CV1316

TERMED

| | | |
|---|---|---|
| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
| VENDOR NAME: CLERK OF COURT, US DIST COURT | VENDOR I.D. NUMBER: | I06284055 |
| AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | CHECK NUMBER 2221-12546641 | CHECK AMOUNT $******1.05 | CHECK DATE 11-20-02 |
| 36174324COURT FEES STEVENS 06284055 | | AGENCY SCHEDULE NUMBER 0003S01119 |
| FOR INFO CALL 202-307-3052 | | AGENCY TELEPHONE NUMBER 202-307-3052 |

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.