MICHAEL STEVENS
REG. NO. 06284-055

U.S.P. Lompoc
3901 Klein Boulevard
Lompoc, CA 93436

February 5, 2003

RECEIVED
SCRANTON

FEB 1 0 2003

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

Clerk of Court
Middle District of Pennsylvania
Nealon Federal Building
& U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18503-1148

Re: Civil No. 00-CV-1316

Dear Sir/Madam,

A Judge connected with your Court granted the inclosed motion which I filed on March 24, 2001. His Order was either lost or stolen.

Please send me a copy of the judges order, as soon as possible or I will suffer irrepairable damage.

Thank you for you time and consideration.

Sincerely,

*Michael Stevens*

Michael Stevens

cc: File

U.S. District Court
Middle District of Pennsylvania

FILED
SCRANTON
FEB 10 2003
PER _____ /s/ _____
DEPUTY CLERK

Michael Stevens, pro se
Reg. No. 06284-055
   Plaintiff,

v.

Warden Page True
U.S.P. Lewisburg, PA
   Defendant.

Civil No.: 00-CV-1316

## Motion To Withdraw Civil Suit Without Finantial Penalty or Liability

Now comes Michael Stevens, Plaintiff in the above Civil Action, asking this Honorable Court to withdraw Plaintiff's Civil Action against Warden Page True, past Warden of U.S.P. Lewisburg, PA, without Finantial Penalty or Liability, for the following reasons:

1. Plaintiff has been confined in a very small, decrepit, squalid, roach infested, rat infested cell 23 to 24 hours per day since December 12, 2000 with no law library or legal resourc[e]

2. During this aforementioned time, Plaintiff has literly been placed in a state of almost total incommunicado (without mean of communication). Plaintiff not having access or not being able to acquire needed addresses, phone numbers or the use of a phone the majority of the time.

3. During Plaintiff's nearly four months of solitary confinement with no end in sight, plaintiff has had only two 10 minute contacts with the outside world.

4. All of Plaintiff's legal material regarding the above civil action have either been lost or stolen via Plaintiff's move from C.C.A. to U.S.P. Leavenworth.

2

(5) Upon numerous requests, Plaintiff has not been able to even secure the Civil No. for his Civil Action. Plaintiff's unit team have ignored Plaintiff's diligent efforts to secure the aforementioned Civil Number (see exhibit one — copy of BP-8 Filed 2/18/2001).

(6) Plaintiff's inmate request forms have been waylayed or destroyed by U.S.P. Leavenworth Staff members. Plaintiff's legal mail has been opened out of Plaintiff's presence. (See Exhibit Two — BP 8 — Filed 2/16/01).

In essence the staff at U.S.P. Leavenworth has seriously impeded Plaintiff's attempts to properly communicate with this Honorable Court.

(7) Plaintiff's situation will more than likely not change in the foreseeable future.

Under the present set of austere and severe circumstances which have been imposed on Plaintiff by Bureau of Prison Staff members at U.S.P. Leavenworth, Plaintiff prays this Honorable Court in the interest of Justice will dismiss ~~Petitioner's~~ Plaintiff's Civil Action without financial penalty or liability to Plaintiff, who is also indigent.

3/24/2001
Date

Respectfully Submitted
Michael Stevens
Michael Stevens, pro se
Reg. No. 06284-055
U.S.P. Leavenworth
P.O. Box 1000   DCH-119
Leavenworth, KS 66048