

**MARY E. D'ANDREA**
Clerk of Court

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov



*Divisional Offices*

Harrisburg:     (717) 221-3920
Williamsport:   (570) 323-6380

February 13, 2003

**FILED**
**SCRANTON**

FEB 13 2003

PER _____
DEPUTY CLERK

Mr. Michael Stevens
#06284-055
USP-Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

Re:  <u>Stevens v. Warden, USP-Lewisburg, PA</u>,
     Civil No. 1:CV-00-1316

Dear Mr. Stevens:

I am writing in response to your recent letter regarding the case referenced above. In your letter, you refer to a motion which you filed on March 24, 2001. The docket of the case does not reflect any motion or document filed on that date. However, I am enclosing a copy of Judge Caldwell's order of January 24, 2001 which dismissed the case.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosure