Michael Stevens
06284-055
CCA-USM Detention Center
100 Highway Terrace
Leavenworth, KS  66048

Re: 1:00-cv-01316

------------------------



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA  18501-1148

OFFICIAL BUSINESS

------------------------

Please file all pleadings direct]
the assigned Judge is located.  I
with the Judge's Chambers.

JUDICIAL OFFICERS:

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blewit
Magistrate Judge Malachy E. Manni

----------------------------------
Judge Yvette Kane
Judge Christopher C. Conner

FILED
SCRANTO[N]
FEB 1 8 2003
PER_____
DEPUTY CLERK