00-1316

```
Thu Mar 27 13:03:58 2003

    UNITED STATES DISTRICT COURT
         SCRANTON      , PA

Receipt No.   333 91532
Cashier           gina

Tender Type  CHECK

Check Number: 13763349

Transaction Type  AR

I2 Code   Div No    Acct
 4067       3      510021

Amount        $    10.00

DJT, WACH, DC

PART FF/00-1316/MICHAEL STEVENS



cn
```

**FILED**
**SCRANTON**

MAR 2 7 2003

Per_____
     DEPUTY CLERK