00-1316

```
Tue Apr  1 13:43:30 2003

   UNITED STATES DISTRICT COURT

   SCRANTON      , PA

Receipt No.   333 91583
Cashier        gina

Tender Type  CHECK

Check Number: 13699597

Transaction Type   AR

BS Code    Div No    Acct
4667         3       5100PL

Amount              $    8.70

DOJ, WASH DC

PART FF/00-1316/MICHAEL STEVENS


cn
```

FILED
SCRANTON

APR 0 1 2003

Per_____
       DEPUTY CLERK