00-1316

```
Fri Apr 18 10:31:30 2003

UNITED STATES DISTRICT COURT
    SCRANTON        , PA

Receipt No.   233 91776
Cashier       gina

Tender Type  CHECK

Check Number: 222164886047

Transaction Type   AR

DO Code    Div No     Acct
 4667        3        $100PL

Amount             $   11.60

DOJ, WASH DC

PART FF/00-1316/MICHAEL STEVENS


cn
```

FILED
SCRANTON

APR 1 8 2003

Per _____
     DEPUTY CLERK