FILED
SCRANTON

JUN 2 3 2003

Per_____
     DEPUTY CLERK

00-1316

```
Mon Jun 23 13:50:52 2003

   UNITED STATES DISTRICT COURT

      SCRANTON     , PA

Receipt No.   333 92449
Cashier       nina

Check Number: 65522262

DO Code    Div No
 4667        3

Sub Acct Type Tender      Amount
1:5100PL  AR    2           4.80
2:0869PL  N     2           6.80

Total Amount       $       11.60

DOJ, WASHINGTON DC

PART FF/00-1316/MICHAEL STEVENS


cn
```