00-1316

FILED
SCRANTON

JUL 28 2003

Per_____
       DEPUTY CLERK

Mon Jul 28 13:07:12 2003

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   333 92860
Cashier       nina

Tender Type  CHECK

Check Number: 222115024245

Transaction Type   AR

D# Code    Div No      Acct
 4667        3        0869PL

Amount            $    11.60

DOJ WASHINGTON DC

PART FF/00-1316-MICHAEL STEVENS


cn