00-1316.

FILED
SCRANTON

AUG 2 6 2003

Per_____
DEPUTY CLERK

Tue Aug 26 09:52:26 2003

UNITED STATES DISTRICT COURT

SCRANTON    . PA

Receipt No.  333 93203
Cashier      nina

Tender Type  CHECK

Check Number: 66072575

Transaction Type   AR

DØ Code   Div No    Acct
 4667       3      0869PL

Amount          $    15.60

DOJ. WASHINGTON DC

PART FF/00-1316/MICHAEL STEVENS

cn