00-1316

```
Thu Oct  2 10:46:54 2003

    UNITED STATES DISTRICT COURT

    SCRANTON      . PA

Receipt No.   333 93674
Cashier          nina

Tender Type  CHECK

Check Number: 15692858

Transaction Type   AR

D0 Code    Div No    Acct
  4667       3       0869PL

Amount            $   21.60

DOJ. WASHINGTON DC

PART FF/00-1316/STEVENS, michael


cn
```

**FILED**
**SCRANTON**

OCT - 2 2003

Per_____
           DEPUTY CLERK