00-1316

```
Fri Dec 12 10:41:53 2003

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   333 946/1
Cashier       gina

Tender Type  CHECK

Check Number: 66821746

Transaction Type   AR

D0 Code    Div No     Acct
 4667        3        086901

Amount              $      4.40

D0L WASHINGTON DC

PART FF/00-1316/MICHAEL STEVENS



cn
```

FILED
SCRANTON

DEC 1 2 2003

PER _____
       DEPUTY CLERK